

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00835-CV

**IN THE INTEREST OF L.K.T.**, a Child

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 11-361-A
The Honorable Cathy O. Morris, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the Appellant's attorney's motion to withdraw is GRANTED, and the trial court's order is AFFIRMED. No costs shall be assessed against Appellant in relation to this appeal because she qualifies as indigent under Rule 20.1. *See* TEX. R. APP. P. 20.1.

SIGNED April 17, 2013.

_____
Patricia O. Alvarez, Justice